BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
CONSTANCE L. PICCIANO, SBN 66172
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-6453
  Fax: (916) 324-5205

Attorneys for Defendants Alameida, Ingwerson,
Martin, Cooper, Aguinaldo, Welch, Lynn,
Campbell, Celis, Carpenter, Van Leer,
Runnels, Prater, Hestand, Colon, and Corr
48149280-SA2003102475

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAMON D. EVANS,**<br><br>                                     Plaintiff,<br><br>            v.<br><br>**EDWARD S. ALAMEIDA, JR., et al.,**<br><br>                                     Defendants. | CIV S-02-2202 GEB KJM P<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO SERVE DEFENDANTS' RESPONSES TO SECOND SET OF REQUESTS TO PRODUCE** |

The Court, having considered defendants' request for a nunc pro tunc extension of time to serve defendants' responses to plaintiff's second set of requests for production of documents, and good cause having been found:

/ / /

/ / /

/ / /

/ / /

1 **IT IS HEREBY ORDERED**: Defendant shall be granted a nunc pro tunc extension
2 of time, to and including April 12, 2005, to complete and serve defendants' responses to
3 plaintiff's second set of requests to produce documents.

5 DATED: April 15, 2005.
 nunc pro tunc to 2/3/05

UNITED STATES MAGISTRATE JUDGE

27 evans.eot.wpd