IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAMON D. EVANS,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**EDWARD S. ALAMEIDA, JR., et al.,**<br><br>　　　　　　　　　　　　Defendants. | No. CIV S-02-2202 GEB KJM P<br><br>**ORDER GRANTING SECOND EXTENSION OF MOTION CUT OFF DATE** |

The Court, having considered defendants' second request to extend the date for filing of dispositive pretrial motions, and good cause having been found:

**IT IS HEREBY ORDERED**:  that the date for filing dispositive motions is extended to June 14, 2005.

DATED:  May 17, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

*Order Granting Second Extension of Motion Cut Off Date*

1