IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON D. EVANS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>　　　　　Defendants. | No. CIV S-02-2202 GEB KJM P<br><br>ORDER GRANTING THIRD EXTENSION OF MOTION CUT OFF DATE |

　　　　The Court, having considered defendants' third request to extend the date for filing of dispositive pretrial motions, and good cause having been found:

　　　　IT IS HEREBY ORDERED: that the date for filing dispositive motions is extended to June 28, 2005. No further extensions will be granted.

　　　　DATED: June 15, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ 
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1