BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
CONSTANCE L. PICCIANO (SBN 66172)
Deputy Attorney General
 1300 I Street, Suite 125
 Post Office Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-6453
 Facsimile: (916) 324-5205

Attorneys for Defendants Alameida, Ingwerson,
Martin, Cooper, Aguinaldo, Welch, Lynn,
Campbell, Celis, Carpenter, Van Leer,
Runnels, Prater, Hestand, Colon, and Corr
SA2003102475

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAMON D. EVANS,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**EDWARD S. ALAMEIDA, JR., et al.,**<br><br>　　　　　　　　　　　　　Defendants. | No. CIV S-02-2202 GEB KJM P<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR FILING OF VIDEO RECORDING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

　　　　The Court, having considered Defendants' motion for permission to file a video recording in support of Defendants' motion for summary judgment, and good cause having been found:

/ / /

/ / /

/ / /

/ / /

*Order Granting Def'ts' Motion for Filing of Video Recording In Support of Motion for Summary Judgment*

1

1   **IT IS HEREBY ORDERED** that the Clerk is directed to accept for filing a video
2   recording of June 10, 2001, as an exhibit to Defendants' Statement of Undisputed Facts in
3   Support of Motion for Summary Judgment
4   DATED: June 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE