IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON D. EVANS,

    Plaintiff,                            No. CIV S-02-2202 GEB KJM P

    vs.

EDWARD S. ALAMEIDA, et al.,

    Defendants.                      <u>ORDER</u>

/

        Plaintiff is a prisoner proceeding pro se with a civil rights action. On July 5, 2005, plaintiff filed a motion to submit a video of a prisoner escort conducted at Pelican Bay State Prison as an exhibit in support of plaintiff's opposition to defendants' motion to summary judgment. Defendants have not opposed the motion.

        In its scheduling order of October 26, 2004, the court set the following dates: plaintiff was to file his pretrial statement by July 1, 2005 with defendants' to be filed by July 15, 2005. A pretrial conference on the pleadings was to have occurred on July 22, 2005; jury trial is set for October 11, 2005. No party has filed a pretrial statement, but in light of the pending motion for summary judgment, the failure is excused.

1

Accordingly, IT IS ORDERED:

1. Plaintiff's motion to submit a video as an exhibit to his opposition to the motion for summary judgment is granted; plaintiff's opposition with all exhibits should be filed no later than thirty days from the date of this order.

2. The dates for pretrial statement, pretrial conference, and jury trial are hereby vacated, to be reset, if necessary, following resolution of the motion for summary judgment.

DATED:   August 5, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

evan2202.vsc