IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAMON D. EVANS,** | Case No. 2:02-CV-2202-GEB-KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |
| v. | |
| **EDWARD S. ALAMEIDA, JR., et al.,** | |
| Defendants. | |

The court, having considered defendants' request for a second extension of time to file objections to the findings and recommendations, filed on March 10, 2006, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted a second extension of time, to and including ten court days from the date of this order to file their objections.

Dated: April 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1