IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAMON D. EVANS,**<br><br>              Plaintiff,<br><br>       v.<br><br>**EDWARD S. ALAMEIDA, JR., et al.,**<br><br>              Defendants. | Case No. 2:02-CV-2202-GEB-KJM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE LATE OBJECTIONS TO   FINDINGS AND RECOMMENDATIONS** |

The court, having considered Defendants' request for leave to file late objections to the findings and recommendations, filed on March 10, 2006, and good cause having been found:

**IT IS HEREBY ORDERED**: The court will accept and consider Defendant's objections filed May 10, 2006.

Dated: May 11, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1