IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON D. EVANS,

    Plaintiff,                   2:02-cv-2202-GEB-KJM-P

    vs.

EDWARD S. ALAMEIDA, JR., et al.,

    Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 10, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 10, 2006 are adopted in full;

2. This action is dismissed as to Colon;

3. Summary Judgment is granted in full as to defendants Alameida, Campbell, Carpenter, Celis, Martin, Prater and Runnels;

4. Summary Judgment is granted in part as to the following:

   a) defendant Aguinaldo as to the deprivation of meal claim; and

   b) all defendants as to the deprivation of medical supplies claim.

5. Summary judgment is denied in part as to the following:

   a) defendants Aguinaldo, Cooper, Hestand, Ingwerson, Corr and Welch as to the excessive force claim; and

   b) defendants Lynn and Van Leer as to the failure to adequately supervise claim.

Dated: June 26, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge