IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON D. EVANS,

    Plaintiff,                           No. CIV S-02-2202 GEB KJM P

    vs.

EDWARD S. ALAMEIDA, et al.,

    Defendants.                <u>ORDER</u>

         Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 7, 2006, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on December 17, 2004 and April 3, 2006. All requests were denied, and there has been no material change in the relevant circumstances.

         IT IS HEREBY ORDERED that:

         1. Plaintiff's July 7, 2006 request for appointment of counsel is denied.

         2. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before November 27, 2006. Defendants shall file their pretrial statement on or before December 11, 2006. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions.

1

1      3.  Pretrial conference (as described in Local Rule 16-282) is set in this case for
2  December 15, 2006, before the magistrate judge.  The pretrial conference shall be conducted on
3  the file only, without appearance by either party.
4      4.  Trial confirmation hearing is set a.m. before the Honorable Garland E. Burrell,
5  Jr. on March 2, 2007 at 11:00 a.m.  in Courtroom Eleven.
6      5.  Jury trial is set before the Honorable Garland E. Burrell, Jr. for April 10, 2007
7  at 9:00 a.m. in Courtroom Eleven.
8  DATED:  November 3, 2006.

_____
U.S. MAGISTRATE JUDGE

2
evan2202.sch