IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAMON D. EVANS,** | 2:02-CV-2202 GEB KJM P |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DEFENDANTS' PRETRIAL STATEMENT** |
| v. | |
| **EDWARD S. ALAMEIDA, JR., et al.,** | |
| Defendants. | |

The Court having considered Defendants' request for an extension of time to file their pretrial statement, and good cause having been found:

**IT IS HEREBY ORDERED**:

1. Defendants shall be granted an extension of time, to and including December 26, 2006, to complete and file their pretrial statement.

2. Pretrial conference will be held on the file only on January 16, 2007.

Dated: December 12, 2006.

_____
U.S. MAGISTRATE JUDGE

Order

1