IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON D. EVANS,

      Plaintiff,                  No. CIV S-02-2202 GEB KJM P

   vs.

EDWARD S. ALAMEIDA, et al.,

      Defendants.            ORDER CONTINUING TRIAL DATE

_____/

      The court, having considered defendants' request for a continuance of the scheduled trial date, and good cause having been found:

      IT IS HEREBY ORDERED: Trial is set before the Honorable Garland E. Burrell, Jr., for May 30, 2007, at 9:00 a.m. in Courtroom 10; trial confirmation is set for April 20, 2007, at 1:30 p.m. in Courtroom 10.

DATED: December 15, 2006.

                                     _____
                                     U.S. MAGISTRATE JUDGE

1