## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

DAMON D. EVANS,

        Plaintiff,                No. CIV S-02-2202 GEB KJM P

  vs.

EDWARD S. ALAMEIDA, Jr., et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
_____/     **AD TESTIFICANDUM**

       Damon D. Evans, inmate # K-99978, a necessary and material witness in proceedings in this case on August 17, 2007, is confined in Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, California, 95531-7000, in the custody of the Warden, Robert Horel; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Garland E. Burrell, to appear by video-conferencing at Pelican Bay State Prison, August 17, 2007, at 1:30 p.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, Robert Horel, Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, California, 95531-7000:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  July 25, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
evan2202.841tch