IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON D. EVANS,

    Plaintiff,                  No. CIV S-02-2202 KJM

    vs.

E.S. ALAMEIDA, et al.,

    Defendant.               ORDER

_____/

    This matter is placed on calendar on Wednesday, October 3, 2007 at 10:00 a.m. in Courtroom 26 for status and trial setting.

    The Clerk of the Court is directed to serve a copy of this order on the Civil Rights Clinic at the University of California, Davis.

    IT IS SO ORDERED.

DATED: September 24, 2007.

U.S. MAGISTRATE JUDGE

2/evan2202.sts