IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON D. EVANS,

        Plaintiff,                No. CIV S-02-2202 KJM P

    vs.

EDWARD S. ALAMEIDA, Jr., et al.,

        Defendants.        <u>ORDER</u>

_____/

        This case was on calendar on October 3, 2007 for trial setting. Carter White, Esq., and Baraa Kahf and Lauren Wiggins, Certified Law Students, appeared for plaintiff; Constance Picciano, Deputy Attorney General, and Jaime Ganson, Certified Law Student, appeared for defendants.

        Counsel for plaintiff made an oral motion to allow plaintiff to designate an expert. The court directed plaintiff to file a written motion by October 10, with opposition due by October 17, and reply, if any, by October 19, 2007. The matter is set for argument on October 24, 2007 at 10:00 a.m. in Courtroom Twenty-Six.

/////

/////

/////

1          Jury trial is set for Monday, November 26, 2007 at 9:00 a.m. in Courtroom
2  Twenty-Six.  Motions in limine, if any, jury instructions and trial briefs are due by November 19,
3  2007, with argument on the motions in limine, if necessary, at 9:00 a.m. on the first day of trial.
4          IT IS SO ORDERED.
5  DATED:  October 3, 2007.

_____
U.S. MAGISTRATE JUDGE

2
evan2202.oah