KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON D. EVANS, | NO. CIV S-02-2202 KJM P |
| Plaintiff, | **ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| vs. | |
| EDWARD S. ALAMEIDA, Jr., et al., | |
| Defendants. | |

    Damon D. Evans, inmate # K-99978, a necessary and material witness in proceedings in this case on November 26, 2007, is confined in Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, California, 95531-7000, in the custody of the Warden, Robert Horel; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear in Courtroom 26, Eighth Floor, United States Courthouse, 501 "I" Street, Sacramento, 95814, on November 26, 2007, at 9:00 a.m.

    Accordingly, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court

| | |
|---|---|
| 1 | proceedings or as ordered by the court; and thereafter to return the inmate to the above institution; |
| 2 | 2. The custodian is ordered to notify the court of any change in custody of this inmate and |
| 3 | is ordered to provide the new custodian with a copy of this writ; and |
| 4 | 3. The Clerk of the Court is directed to send a copy of this writ by fax to Pelican Bay State |
| 5 | Prison, at (707)-465-4376. |
| 6 | 4. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas |
| 7 | corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box |
| 8 | 290007, Represa, California  95671. |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:     Warden, Robert Horel, Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, California, 95531-7000:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 5, 2007.

_____
U.S. MAGISTRATE JUDGE