IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON D. EVANS,

        Plaintiff,                No. CIV S-02-2202 KJM P

    vs.

EDWARD S. ALAMEIDA, Jr., et al.,

        Defendants.        <u>ORDER</u>

                              /

        Plaintiff's motion to allow late designation of an expert came on regularly for hearing on October 24, 2007. Carter White, Lauren Wiggins, Certified Law Student ("CLS"), and Baraa Kahf, CLS appeared for plaintiff. Constance Picciano and Jaime Ganson, CLS, appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Defendant shall provide to plaintiff no later than October 31, 2007 plaintiff's C-file and medical file.

        2. Plaintiff may disclose an expert regarding excessive force no later than November 14, 2007. Said disclosure shall comply with Federal Rule of Civil Procedure 26(a)(2)(B).

3. Defendant may disclose a rebuttal expert no later than December 19, 2007. Said disclosure shall comply with Federal Rule of Civil Procedure 26(a)(2)(B).

4. Expert depositions shall be completed no later than January 31, 2008.

5. Pretrial conference is set for February 13, 2008 at 10:00 a.m. before the undersigned. Pretrial statements shall be filed in accordance with Local Rule 16-281.

6. The trial date of November 26, 2007 is vacated. Trial of this matter is reset for March 3, 2008. The parties shall file trial briefs in accordance with Local Rule 16-285. Motions in limine, if any, jury instructions and trial briefs are due by February 25, 2008, with argument on the motions in limine, if necessary, at 9:00 a.m. on the first day of trial.

7. The writ of habeas corpus ad testificandum filed October 5, 2007 is vacated. A new writ shall issue for plaintiff's appearance for trial on March 3, 2008. The Clerk of Court is directed to serve a copy of this order on the Warden, Robert Horel, Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, California, 95531-7000.

DATED: October 24, 2007.

_____
U.S. MAGISTRATE JUDGE