KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax (530) 752-5788
ccwhite@ucdavis.edu
Assisted by: Baraa Kahf
and Lauren Wiggins, Certified Law Students

Counsel for Plaintiff
DAMON D. EVANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DAMON D. EVANS, | ) | NO. CIV S-02-2202 KJM P |
|---|---|---|
| Plaintiff, | ) | **APPOINTED COUNSEL'S EX PARTE REQUEST FOR AUTHORITY TO INCUR COSTS (expert witness) AND REQUEST FOR PAYMENT** |
| vs. | ) | |
| EDWARDS S. ALAMEIDA, Jr., et al., | ) | |
| Defendants. | ) | |

PART I

I, Carter C. White, declare:

1. I am an attorney licensed to practice law in the State of California and in the United States District Court for the Eastern District of California, and the supervising attorney of the King Hall Civil Rights Clinic, appointed attorney of record for plaintiff in this action.

2. I believe that it is reasonably necessary to the prosecution of this civil rights action to hire an expert witness with specialized knowledge of excessive use of force by correctional officers and CDCR policy and procedure regarding use of force on inmates.  I expect the cost of retaining such an expert not to exceed $5,000.  I will do all that I can to keep the expert costs minimal and reasonable, and have asked for here an amount that is hoped to be the maximum needed.

3. To date no other cost payments have been requested from the court in this case.

4. I understand and agree that all of the costs requested of, and paid by the court in this case will be reimbursed out of any recovery or settlement received for the plaintiff.

5. Based upon the foregoing, I request that this court authorize the expenditure of $5,000 for the retention of an expert witness on the issue of plaintiff's excessive force claims as described herein.

I declare under penalty of perjury that the foregoing is true and correct and that this is executed this 25th day of October 2007, in Yolo County, California.

                                */S/ Carter C. White*

                                Carter C. White
                                Attorney for Plaintiff

The above expenditure is

   __X___     Approved.

   _____     Disapproved.

Or,

   _____     Good cause appearing therefor, this matter is set for discovery conference on _____, at _____, ___.m. in courtroom number 26.

Dated: October 25, 2007.

                                U.S. MAGISTRATE JUDGE