IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON D. EVANS,

       Plaintiff,                     No. CIV S-02-2202 KJM P

   vs.

EDWARD S. ALAMEIDA, Jr., et al.,

       Defendants.           <u>ORDER</u>

_____/

        Trial confirmation hearing was held on February 14, 2008.  Carter White, Esq., Lauren Wiggins, Certified Law Student ("CLS"), and Baraa Kahf, CLS, appeared for plaintiff. Constance Picciano, Deputy Attorney General, appeared for defendants.

        Trial is confirmed for March 3, 2008 at 10:00 a.m. in Courtroom Twenty-Six. The parties shall file proposed voir dire and jury instructions, trial briefs, and any motions in limine by the close of business on February 25, 2008.  Any opposition to the motions in limine shall be filed by close of business on February 28, 2008.   Argument on the motions will be heard on March 3 at 10:00 a.m.

        IT IS SO ORDERED.

DATED: February 20, 2008.

                                                                    U.S. MAGISTRATE JUDGE

2/evan2202.oah